K. ANDREW NELMS, Esq.
Alabama Bar Number ASB-6972-E63K
LAW OFFICES OF JAY LEWIS, LLC
PO Box 5059
Montgomery, AL36103
334.263.7733

GEOFFREY L. GILES, Esq
State Bar Number 959
Local Counsel
527 California Ave.
Post Office Box 93
Reno, NV 89504

775.329.4999

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN BONNER, an individual,<br><br>            Plaintiff,<br><br>-vs-<br><br>ASSET ACCEPTANCE LLC and MANN BRACKEN, LLC, foreign corporations,<br><br>            Defendants.<br>_____/ | 3:07-cv-00186-LRH-RAM<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR FILING THE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND THE REPLY THERETO** |

The undersigned, counsel of record for plaintiff and defendant, are discussing the possible settlement of this case, and hereby stipulate and agree, as follows:

1) That the defendants filed a motion to dismiss the instant complaint for failure to state a

1  claim for relief, along with supporting documentation, on July 31, 2007, and as such, the
2  opposition to same would be due August 17, 2007.
3  2)  The reply to such opposition would likewise be due on August 24, 2007.
4  3)  In order to facilitate settlement discussions the parties hereby agree that plaintiff may
5  have until September 14, 2007 to oppose the motion to dismiss, and likewise, defendant
6  may have until September 28, 2007 to file a reply, if any.

Dated this 27th day of AUGUST, 2007.

/S/ Geoffrey Giles
Geoffrey Giles, Local Counsel
for Plaintiff

/S/ Jennifer M. Bunyan
Jennifer M. Bunyan, Esq., of
LEWIS, BRISBOIS, BISGAARD & SMITH
Counsel for defendants

IT IS SO ORDERED

DATED this 29th day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Geoffrey L. Giles and Associates
Post Office Box 93
Reno, Nevada 89504
775.329.4999